*(Rev. 6/14/2022)*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
DIVISION

Karen Ximena VELASQUEZ ROJAS                    Case No.   3:26-cv-00596

_____
Plaintiff

VS.                                             Judge
U.S. Department of Homeland Security         Magistrate Judge
(DHS) et al.
_____
Defendant

## ORDER

IT IS ORDERED that  William Burton Shipley be and is hereby admitted to the bar of this Court pro

hac vice on behalf of Karen Ximena Velasquez Rojas in the above described action.

SO ORDERED on this, the  26th  day of    Feb, 2026.


_____
U.S. Magistrate Judge