# UNITED STATES DISTRICT COURT

## FOR THE WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **KAREN XIMENA VELASQUEZ ROJAS** | **CIVIL ACTION NO. 26-596-P** |
| **VERSUS** | **JUDGE TERRY A DOUGHTY** |
| **US DEPTARTMENT OF HOMELAND SECURITY, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

### MEMORANDUM ORDER

Considering the foregoing Motion to Expedite Consideration of Petition and to Shorten Respondent's Response Deadline, Doc. #6;

**IT IS HEREBY ORDERED DENIED**.  Respondents filed a response to the petition on April 20, 2026.  The court will determine in due course if genuine issues of material fact exist, which preclude summary judgment and necessitate an evidentiary hearing. If no hearing is necessary, a Report and Recommendation will be issued without further notice.

**THUS DONE AND SIGNED** in chambers, in Shreveport, Louisiana, this the 21st day of April 2026.

Mark L. Hornsby
U.S. Magistrate Judge